G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
ROEDERICK MONTEMAYOR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEDERICK MONTEMAYOR,<br><br>             Plaintiff,<br><br>vs.<br><br>GC SERVICES, L.P.; and DOES 1 to 10, inclusive,<br><br>             Defendants. | Case No.: 13-cv-03522-JAK-JCG<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

Plaintiff, ROEDERICK MONTEMAYOR, by counsel, and Defendant, GC SERVICES, L.P., by counsel, hereby stipulate to the dismissal of this lawsuit in its entirety as against GC SERVICES, L.P. and DOES 1 through 10, inclusive, without prejudice, with each party to bear his or its own costs and attorneys' fees.

Respectfully submitted this 30th day of September, 2013,

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III (SBN 218456)
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

*Attorneys for Plaintiff,*
*Roderick Montemayor*


By: /s/Renee Choy Ohlendorf
Renee Choy Ohlendorf
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd, Suite 800
Los Angeles, CA 90025
Tel: 310-909-8000
Fax: 310-909-8001
rchoy@hinshawlaw.com

*Attorneys for Defendant,*
*GC Services, L.P.*