# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEDERICK MONTEMAYOR,<br><br>Plaintiff,<br><br>vs.<br><br>GC SERVICES, L.P.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 13-cv-03522-JAK-JCG<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS**<br><br>**JS-6** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff ROEDERICK MONTEMAYOR against Defendants, GC SERVICES, L.P.; and DOES 1 through 10, inclusive are dismissed, without prejudice. Plaintiff ROEDERICK MONTEMAYOR and Defendant GC SERVICES, L.P. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: October 16, 2013   _____
  John A. Kronstadt
  United States District Judge